PEOPLE v GADDIS. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1 December 7, 1971, at Lansing. (Docket No. 10616.) Decided January 27, 1972. Leave to appeal denied, 387 Mich 776.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Peter L. LaDuke,* for defendant on appeal.

Before: DANHOF, P. J., and MCGREGOR and QUINN, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to unarmed robbery and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.